1  Your Name: **FRANK A. McDOWELL**
2  Your Address: **1456 HENLEY PKWY, PATTERSON, CA. 95363**
3  Phone Number: **510-725-9668**
4  Email Address: **BPSINVEST@YAHOO.COM**
5  Pro Se Plaintiff

FILED
OCT 6 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Paid ISS (5)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FRANK A. McDOWELL**
Plaintiff,

v.

**KAISER FOUNDATION HOSPITALS, DBA. KAISER PERMANENTE**
Defendant.

Case Number [leave blank]

**CV 25-8499 AGT**

COMPLAINT

DEMAND FOR JURY TRIAL
Yes ☒   No ☐

## I. PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]
   Name: **FRANK A. McDOWELL**
   Address: **1456 HENLEY PKWY, PATTERSON, CA. 95363**
   Telephone: **510-725-9668**

2. Defendants. [Write each defendant's full name, address, and phone number.]
   Defendant 1:
   Name: **KAISER FOUNDATION HOSPITALS**
   Address: **ONE KAISER PLAZA, OAKLAND, CA. 94612**
   Telephone: **877-457-4772**

   Defendant 2:

COMPLAINT                          PAGE 1 OF 8                          JDC TEMPLATE, UPDATED 11/2024

1   Name: _____
2   Address: _____
3   Telephone: _____
4   Defendant 3:
5   Name: _____
6   Address: _____
7   Telephone: _____
8
9   **II.    JURISDICTION**
10  Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases
11  involving "diversity of citizenship." Check at least one box.
12  3. My case belongs in federal court
13      ☒ under federal question jurisdiction because it involves a federal law or right.
14      Which federal law or right is involved?
15      TITLE VII OF CIVIL RIGHTS ACT OF 1964, 42 U.S.C § 2000e et seq.
16      CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT (FEHA), CAL. GOV. CODE § 12940 et seq.
        ☐ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the
17      defendants and the amount of damages is more than $75,000.
18
19  **III.   VENUE**
20  The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino,
21  Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the
22  venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check
23  the box for each venue option that applies.
24  4. Venue is appropriate in this Court because:
25      ☒ a substantial part of the events I am suing about happened in this district.
26      ☐ a substantial part of the property I am suing about is located in this district.
27      ☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and
28          I live in this district.

1. ☐ at least one defendant is located in this District and any other defendants are located in California.

## IV. INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

5. Because this lawsuit arose in ALAMEDA County, it should be assigned to the San Francisco/Oakland Division of this Court.

## V. STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, **starting with paragraph number 6**. Use more pages as needed.

6. PLAINTIFF BEGAN WORKING FOR KAISER IN 1989, RETURNED IN 2001, AND REMAINED EMPLOYED UNTIL HIS TERMINATION IN LATE 2021.

7. IN SEPTEMBER 2021, DEFENDANT REQUIRED ALL EMPLOYEES TO BE VACCINATED AGAINST COVID-19 AS A CONDITION OF CONTINUED EMPLOYMENT.

8. PLAINTIFF SUBMITTED A REQUEST FOR RELIGIOUS EXEMPTION IN ACCORDANCE WITH DEFENDANT'S PROCEDURES.

9. ON OCTOBER 21, 2021, DEFENDANT SENT A REQUEST FOR ADDITIONAL INFORMATION REGARDING PLAINTIFF'S RELIGIOUS EXEMPTION TO AN EMAIL THAT WAS AN INTERNAL KAISER EMAIL ADDRESS THAT THE

plaintiff did not receive due to the fact that as of March 9, 2020, the Plaintiff was placed on redeployment status, and was not working in any Kaiser facility from that date forward. In which while on redeployment the Plaintiff did not have access to the Defendants email system internally.

10. Defendant issued inconsistent and contradictory deadlines for compliance, including September 30, 2021; November 30, 2021; and December 1, 2021.

11. Defendant failed to provide Plaintiff with timely notice of the status of his employment exemption request.

12. Plaintiff did not receive any response until December 29, 2021, when he contacted Defendant after discovering that his paycheck had been withheld.

13. At that time, Plaintiff learned that his exemption had not been accepted, and he was deemed terminated.

14. Plaintiff's union SEIU-UHW, reviewed Plaintiff's termination grievance and determined the case had merit, recommending arbitration on April 13, 2022.

15. Defendants actions caused Plaintiff financial loss, emotional distress and constituted unlawful discrimination and wrongful termination.

**VI.   CLAIMS**

First Claim

Name the law or right violated:

RELIGIOUS DISCRIMINATION (TITLE VII)

Name the defendants who violated it:

KAISER FOUNDATION HOSPITALS

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

1. PLAINTIFF INCORPORATES THE ABOVE PARAGRAPHS AS THOUGH FULLY SET FORTH HEREIN.

2. DEFENDANT TERMINATED PLAINTIFF BECAUSE OF HIS SINCERELY HELD RELIGIOUS BELIEFS IN VIOLATION OF TITLE VII.

**Second Claim**

Name the law or right violated:

Failure to Accommodate (Title VII and FEHA)

Name the defendants who violated it:

Kaiser Foundation Hospitals

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

1. Plaintiff incorporates the above paragraphs as though fully set forth herein.
2. Plaintiff requested a reasonable accommodation for his religious beliefs.
3. Defendant failed to engage in the interactive process in good faith and failed to provide accommodation, violating Title VII and FEHA.

_THIRD_ Claim

Name the law or right violated:

WRONGFUL TERMINATION (FEHA, CALIFORNIA Common Law)

Name the defendants who violated it:

KAISER FOUNDATION HOSPITALS

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

1. PLAINTIFF INCORPORATES THE ABOVE PARAGRAPHS AS THOUGH FULLY SET FORTH HEREIN.

2. DEFENDANT WRONGFULLY TERMINATED PLAINTIFF IN VIOLATION OF FEHA AND CALIFORNIA COMMON LAW PUBLIC POLICY.

## VII. DEMAND FOR RELIEF

State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

A. For back pay and lost benefits.
B. For compensatory damages including emotional distress.
C. For punitive damages as permitted by law.
D. For attorney's fees and costs where applicable.
E. For injunctive relief to ensure compliance with Title VII and FEHA.
F. For such other relief as the court deems just and proper.

## VIII. DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☒ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 10-6-2025    Sign Name: [signature]
                   Print Name: Frank McDowell

Please read: Important update on your COVID-19 vaccination exemption request

From: HR Communications (email@enterprisecomms.kp.org)
To: bpsinvest@yahoo.com
Date: Tuesday, September 21, 2021, 1:42 PM PDT

Having trouble viewing this message? Click here


KAISER PERMANENTE.

An important message for employees requesting religious exemption from the COVID-19 vaccination mandate.

September 21, 2021

Dear Frank,

**You are receiving this letter because you have submitted a request for a religious exemption from our COVID-19 Vaccination for KP Workforce Members Policy (NATL.HR.057) requiring that all employees be fully vaccinated by September 30, 2021. We are reviewing all submissions requests and will be responding shortly. You may be asked to provide more information.**

We respect our employees who hold sincerely held religious beliefs and are committed to thoroughly and thoughtfully reviewing all requests for religious exemption from our COVID-19 Vaccination for KP Workforce Members Policy (NATL.HR.057). In the course of our review of exemptions, as part of our ongoing compliance with state mandates and KP policy, it has come to our attention that many employees have submitted similar or nearly identical exemption requests containing language that was taken verbatim from various free and paid template forms available on the internet.

Even more concerning are the discussions we have seen occurring in internet chat groups in which Kaiser Permanente employees have been exchanging strategies for avoiding the vaccine mandate and distributing language and phrases that seem to be designed to create the appearance of a legitimate religious exemption instead of actually being based on a sincerely held religious belief.

Unfortunately, these findings will require us to perform additional review of all accommodation requests to ensure our continual compliance with our responsibilities under state mandates and KP policy. It is critical that we continue to keep the safety of our staff, patients, and the communities that we serve at the center of all that we do, and that we uphold our ethical standards as outlined in our Principles of Responsibility. We are also taking this opportunity to remind employees that there is

still time to get vaccinated and meet the September 30, 2021 deadline.

**You can expect a response to your exemption request soon and may be asked to provide additional information at that time:**

- **Requests for exemption must be in your own words.** If your exemption request used language copied from a template or form letter, **you will be asked to resubmit your request for exemption using your own words.** You will receive an email asking for more information if more detail is required.

- **If your exemption request included a personal statement in your own words,** you may be asked for additional information so that we can better understand the nature of your religious belief. You will receive an email if more detail is required.

- It is important that you provide accurate and truthful information when you submit an exemption request. Failure to do so can result in disciplinary action, up to and including termination of employment. **If you would like to cancel your previously submitted exemption request** and become vaccinated, we will not take any further action on your exemption request and you can then upload your vaccination information when it becomes available. **You can cancel your request by going to HRconnect: select "Complete exemption form,"** and then select the "Cancel previous request" option. Please do so as soon as possible but no later than September 30, 2021.

- Should you choose to become vaccinated, you can still meet the September 30 deadline by receiving the single-dose Johnson & Johnson vaccine. You can schedule a vaccine appointment by visiting **kp.org** and **submit proof of vaccination** on HRconnect.

Please note we are still making decisions about what, if any, reasonable accommodations can be made for employees with approved exemptions to allow them to safely perform their job duties. Once decisions are made, it will be communicated to impacted employees.

For additional information, please go to the **COVID-19 Vaccine Verification & Testing** site on HRconnect or talk with your manager. General inquiries on the COVID-19 vaccine verification and testing process may also be directed to the National HR Service Center at 1-877-457-4772.

Thank you for following the **COVID-19 Vaccination for KP Workforce Members Policy (NATL.HR.057)** and quickly addressing the guidance listed above.

## FW: Request for Addl Info Exemption-COVID-19 Vaccination Req.-Religion ref:_00D412j5UY._5003j1tnCgo:

From: hrconnect-cases@hr.kp.org (hrconnect-cases@hr.kp.org)

To: bpsinvest@yahoo.com

Date: Wednesday, December 29, 2021 at 12:14 PM PST

---------------- Original Message ----------------
From: hrconnect-cases@hr.kp.org [hrconnect-cases@hr.kp.org]
Sent: 10/21/2021 11:16 AM
To: frank.a.mcdowell@kp.org
Subject: Request for Addl Info Exemption-COVID-19 Vaccination Req.-Religion

Dear Frank A McDowell:
After careful review of your request for an exemption under the COVID-19 Vaccination Policy, undertaken to ensure ongoing compliance with our responsibilities under public health requirements and KP policy, it has been determined that additional information is needed from you to further evaluate whether you have a sincerely held religious belief, practice, or observance that prevents you from receiving any COVID-19 vaccine. CASE NUMBER: 41185253
Additional Information Needed Within Five Calendar Days: To help us better understand the basis for your request for a religious exemption, please answer the questions below within five calendar days by replying to this email, and adding your responses immediately following each question. Please make sure your responses are in your own words and do not contain language from a template or form response you have obtained from someone else or an online source. If you quote from scripture or another resource, you must also explain in your own words what that resource means, and how you believe the resource prevents you from being vaccinated.
Consequences of Not Providing Complete and Timely Information: If you do not provide complete information within five calendar days from the date of this notice: a decision will be made regarding your exemption request based on the information we have obtained to date; andyou may receive a Notice of Denial.Consequences of Not Receiving An Approved Exemption:  If you receive a Notice of Denial, you will be required to submit proof in HRconnect that you completed a COVID-19 vaccine series: immediately to avoid being on an unpaid leave of absence; andon or before November 30 to avoid having your employment terminated effective December 1.
NOTE:  Employees may continue to work and will not be placed on leave of absence if they HAVE COMPLETED their vaccine series by September 30, 2021 (i.e., one dose of J&J; second dose of either Moderna or Pfizer), except where full vaccination is required by law or public health order. Where full vaccination* is required, employees without approved

exemptions must remain off work until they have completed a COVID-19 vaccine series and the 14-day waiting period.

Please be assured that we respect our employees who hold sincerely held religious beliefs and are committed to thoroughly and thoughtfully reviewing all requests for religious exemption from our COVID-19 Vaccination for KP Workforce Members Policy (NATL.HR.057). Throughout this evaluation process, it is critical that we continue to keep the safety of our staff, patients, and the communities that we serve at the center of all that we do. It is also critical that our employees always uphold KP's ethical standards as outlined in our Principles of Responsibility, including throughout this religious exemption process. We appreciate all that you do to demonstrate your commitment to these important ideals.

Unless required otherwise by state or local orders, until you are fully vaccinated, you must comply with the safety rules specified for those unvaccinated or not fully vaccinated individuals reporting to work at any Kaiser Permanente facility or caring for patients in person at a non-KP Facility. These rules may require masking, social distancing, additional education on COVID-19 vaccines and safety training, and routine proof of negative COVID-19 test results. Also, there will be a need to assess whether your vaccination status limits your ability to perform your job functions in a manner that is both safe and complies with legal or public health mandates and KP policies, and if so, what the appropriate next steps are to address any such limitations. See your manager for the specific safety rules that apply to you, and to discuss any limitations your vaccination status places on your ability to continue working and safely perform your job functions.

To schedule a vaccine appointment, please visit kp.org.
For information on the safety and effectiveness of the COVID 19 vaccine go to kp.org/covidvaccine.
If you have any questions or concerns regarding the above, please respond to this email.

ADDITIONAL QUESTIONS REGARDING YOUR REQUEST FOR RELIGIOUS EXEMPTION FROM COVID-19 VACCINATION (Maximum of Nine)

Question:   "Is your religious belief based on membership in an organized religion? If so, which one?"Answer:

Question:   When did you become a member of this religion/start practicing the religious belief that forms the basis of your RFA?Answer:

Question:   Have you previously requested any accommodations based on the religious belief that is preventing you from receiving a COVID-19 vaccine?Answer:

Question:   "Have you ever received a vaccination or immunization as an adult? If so, when? How is the COVID-19 vaccine different?"Answer:

Question:   You have not fully answered all of the questions in your original submission. Please make sure you provide the additional information here or your request may be denied.Answer:

Question:   Please resubmit your request for accommodation in your own words without using template or stock language from the internet or other sources.Answer:

Question:   N/AAnswer:

Question: N/AAnswer:

Question: N/AAnswer:

If you have additional information you would like to submit in support of your request for exemption, please provide it here:*"Fully vaccinated" means fully vaccinated against the virus that causes COVID-19 as defined by the CDC. As of the date of this form, this means receipt of the second dose in a 2-dose series (e.g., Pfizer and Moderna vaccines) OR receipt of a single-dose vaccine (e.g., Johnson & Johnson's Janssen vaccine) AND a 2 week period having passed since the administration of the last vaccine dose. (This definition may change to include the requirement for vaccine booster shots in the future.) ref:_00D412j5UY._5003j1tnCgo:ref



**SEIU-UHW**
United Healthcare Workers West

UNITED HEALTHCARE
WORKERS WEST
SERVICE EMPLOYEES
INTERNATIONAL
UNION, CLC

Dave Regan - President
Stan Lyles - Vice President

560 Thomas L. Berkley Way
Oakland, CA 94612
510-251-1250
FAX 510-763-2680

5480 Ferguson Drive
Los Angeles, CA 90022
323-734-8399
FAX 323-721-3538

www.SEIU-UHW.org



7012 0470 0002 4752 8434
Return Receipt Requested
U.S. Certified & Regular Mail

April 13, 2022

Frank A. Mcdowell
1456 Henley Pkwy
Patterson, CA 95363

RE:   **Recommended to Arbitration**
      Grievance #:   2022-000386
      Facility:      Kaiser Permanente – Livermore Distribution Center
      Issue:         Termination

Dear Frank A. Mcdowell:

After a careful review of your case, it has been determined that your case has merit. As such we will be working to schedule your case for Arbitration as soon as possible. Once we have a date for your case, we will notify you by mail. Please note that it will likely take a long time to schedule your case due to the high volume of cases we currently have in arbitration. We ask that you remain patient as we attempt to schedule your case. Lastly, this approval is based on the information available to the union at the time of review. If more information becomes available, the Union may review your case again in light of that new information.

Sincerely,

*Jared Mayhugh*
Jared Mayhugh
Representational Excellence Coordinator
Representational Excellence Department
SEIU UHW-West


cc:   Jared Mayhugh, Rep. Excellence Coordinator
      Manuel De Leon, Rep. Excellence Lead
      Denise Ellis, Rep. Excellence Dept.
      Jacqueline McElroy, Coordinator
      Keana Holland, Union Representative
      Lalitha Gonzales, Regionwide CS
      Tamika Harris, Contract Specialist
      Shawna Brown, Union Steward

JM/es,seiu-uhw

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Oakland Local Office
1301 Clay Street, Suite 680-N
Oakland, CA 94612
(510) 956-0004
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/08/2025

**To:** Mr. Frank McDowell
1456 Henley Pkwy
PATTERSON, CA 95363
Charge No: 555-2025-00390

EEOC Representative and email:    PATRICK GHEORGHE
EQUAL OPPORTUNITY INVESTIGATOR
PATRICK.GHEORGHE@EEOC.GOV

### DISMISSAL OF CHARGE

The EEOC is closing this charge because your charge was not filed within the time limits under the law; in other words, you waited too long after the date of the alleged discrimination to file your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 555-2025-00390

On behalf of the Commission,

Digitally Signed By: Carlos Rocha
07/08/2025
Carlos Rocha
Local Office Director

Cc:
NA NA
5800 COLISEUM WAY
OAKLAND, CA 94621

Kelly Torley
One Kaiser Plaza, 5th Floor
Oakland, CA 94612

Please retain this Notice for your records.



**STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency**

GAVIN NEWSOM, GOVERNOR
KEVIN KISH,

**Civil Rights Department**
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
www.calcivilrights.ca.gov | contact.center@dfeh.ca.gov

EEOC Number:      555-2025-00390

Case Name:        Mr. Frank McDowell v. Kaiser Permanente

Filing Date:      7/2/2025

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being dual filed with the California Civil Rights Department (CRD) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

The EEOC is responsible for the processing of this complaint. Please contact EEOC directly for any discussion of this complaint or the investigation.

## NOTICE TO COMPLAINANT OF RIGHT TO SUE

This letter is also your Right to Sue notice. **This Right to Sue Notice allows you to file a private lawsuit in State court**. According to Government Code section 12965, subdivision (c), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior Court. Government Code section 12965, subdivision (c), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (e)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed.

Be advised, CRD does not retain case records beyond three years after a complaint is filed.

CRD-200-02 (09/2022)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Frank A. McDowell,**
Plaintiff,
v.
**Kaiser Foundation Health Plan, Inc., d/b/a Kaiser Permanente,**
Defendant.
Case No.: _____

**COMPLAINT FOR RELIGIOUS DISCRIMINATION, FAILURE TO ACCOMMODATE, AND WRONGFUL TERMINATION**
(Jury Trial Demanded)

## PARTIES

1. Plaintiff Frank A. McDowell ('Plaintiff') is, and was at all times relevant, a resident of California and an employee of Defendant.
2. Defendant Kaiser Foundation Health Plan, Inc., doing business as Kaiser Permanente ('Defendant'), is a California corporation with its principal offices at One Kaiser Plaza, Oakland, California, and was Plaintiff's employer.

## JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.
4. Supplemental jurisdiction exists for Plaintiff's state law claims under the California Fair Employment and Housing Act (FEHA), Cal. Gov. Code § 12940 et seq.
5. Venue is proper in this Court because the events and omissions giving rise to these claims occurred within this District.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. Plaintiff filed charges of discrimination with the California Civil Rights Department (CRD) and the Equal Employment Opportunity Commission (EEOC).
7. On July 2, 2025, CRD issued a Right-to-Sue notice.
8. On July 8, 2025, the EEOC issued a Dismissal and Notice of Rights (Right-to-Sue).
9. Plaintiff has therefore exhausted all administrative remedies and is entitled to bring this action.

## FACTUAL ALLEGATIONS

10. Plaintiff began working for Kaiser in 1989, returned in 2001, and remained employed until his termination in late 2021.

11. In September 2021, Defendant required all employees to be vaccinated against COVID-19 as a condition of continued employment.

12. Plaintiff submitted a request for religious exemption in accordance with Defendant's procedures.

13. On March 9, 2020, Plaintiff was placed on redeployment status and was not working in any Kaiser facility from that date forward. While on redeployment, Plaintiff did not have access to Defendant's internal email system.

14. On October 21, 2021, Defendant sent a request for additional information regarding Plaintiff's religious exemption to Plaintiff's internal Kaiser email address (frank.a.mcdowell@kp.org). Plaintiff did not receive this correspondence because he was on redeployment and unable to access internal email.

15. Throughout this period, Plaintiff's external email address (bpsinvest@yahoo.com) and telephone number were on file and accessible to Defendant, including the redeployment team and Plaintiff's supervisor. All communications between Plaintiff and Defendant during redeployment were conducted through Plaintiff's external email address.

16. Defendant issued inconsistent and contradictory deadlines for compliance, including September 30, 2021; November 30, 2021; and December 1, 2021.

17. Defendant failed to provide Plaintiff with timely notice of the status of his exemption request.

18. Plaintiff did not receive any response until December 29, 2021, when he contacted Defendant after discovering that his paycheck had been withheld.

19. At that time, Plaintiff learned that his exemption had not been accepted, and he was deemed terminated.

20. Plaintiff's union, SEIU-UHW, reviewed Plaintiff's termination grievance and determined the case had merit, recommending arbitration on April 13, 2022.

21. Defendant's actions caused Plaintiff financial loss, emotional distress, and constituted unlawful discrimination and wrongful termination.

## CAUSES OF ACTION

### COUNT I – Religious Discrimination (Title VII)

22. Plaintiff incorporates the above paragraphs as though fully set forth herein.

23. Defendant terminated Plaintiff because of his sincerely held religious beliefs in violation of Title VII.

### COUNT II – Failure to Accommodate (Title VII and FEHA)

24. Plaintiff incorporates the above paragraphs as though fully set forth herein.

25. Plaintiff requested a reasonable accommodation for his religious beliefs.

26. Defendant failed to engage in the interactive process in good faith and failed to provide accommodation, violating Title VII and FEHA.

### COUNT III – Wrongful Termination (FEHA, California Common Law)

27. Plaintiff incorporates the above paragraphs as though fully set forth herein.

28. Defendant wrongfully terminated Plaintiff in violation of FEHA and California public policy.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment against Defendant as follows:

a. For back pay and lost benefits;
b. For compensatory damages including emotional distress;
c. For punitive damages as permitted by law;
d. For attorney's fees and costs where applicable;
e. For injunctive relief to ensure compliance with Title VII and FEHA;
f. For such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: __10-6-2025__

Respectfully submitted,

_[signature]_

**Frank A. McDowell**
Plaintiff, Pro Se