Frank A. McDowell
Plaintiff, Pro Se
1456 Henley Pkwy
Patterson CA 95363
(510) 725-9668
Bpsinvest@yahoo.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

FRANK A. McDOWELL,

        Plaintiff,

    v.

KAISER FOUNDATION HOSPITALS,
d/b/a KAISER PERMANENTE,
and DOES 1–10, inclusive,

        Defendant.

Case No. 3:25-cv-08499-RFL

PLAINTIFF'S RESPONSE TO
DEFENDANT'S ADMINISTRATIVE
MOTION TO CORRECT DOCKET
AND RESET HEARING

[Docket No. 30]

Hearing Date: June 2, 2026
Time: 10:00 AM
Courtroom 15, 18th Floor

United States District Court

Plaintiff Frank A. McDowell, appearing pro se, hereby responds to Defendant Kaiser Foundation Hospitals' Administrative Motion to Correct Docket and Reset Hearing on Motion for Leave to Amend Answer (Docket No. 30).

Plaintiff does not oppose the administrative correction of the docket or the resetting of the hearing date to June 2, 2026.

Plaintiff intends to file his opposition to the underlying Motion for Leave to Amend Answer to Add Statute of Limitations Defense (Docket No. 22) prior to the June 2, 2026 hearing date and respectfully requests that the Court consider Plaintiff's opposition before ruling on Defendant's motion.

Respectfully submitted,

Frank A. McDowell
Plaintiff, Pro Se
Bpsinvest@yahoo.com

Dated: May 26, 2026

United States District Court

2

United States District Court

**PROOF OF SERVICE**

I certify that on May 26, 2026, I served the following document by email upon counsel for Defendant:

• Plaintiff's Response to Defendant's Administrative Motion to Correct Docket and Reset Hearing [Docket No. 30]

Galen P. Sallomi
Seyfarth Shaw LLP
Counsel for Defendant Kaiser Foundation Hospitals
gsallomi@seyfarth.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 26, 2026

Frank A. McDowell
Plaintiff, Pro Se

3