SEYFARTH SHAW LLP
Christian J. Rowley (SBN 187293)
crowley@seyfarth.com
Sean T. Strauss (SBN 245811)
sstrauss@seyfarth.com
Galen P. Sallomi (SBN 306743)
gsallomi@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK A. MCDOWELL,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HOSPITALS, d/b/a KAISER PERMANENTE,<br><br>Defendant. | Case No. 3:25-cv-08499-RFL<br><br>**DEFENDANT KAISER FOUNDATION HOSPITALS' RESPONSE TO ORDER RE: PLAINTIFF'S FILING OF A FIRST AMENDED COMPLAINT [DKT. #33]**<br><br>Complaint Filed: October 6, 2025<br>FAC Filed:        May 26, 2026<br><br>Trial Date:        May 10, 2027 |

Defendant Kaiser Foundation Hospitals ("KFH") hereby responds to the Court's May 26, 2026, Order [Dkt. #33] as directed.

Plaintiff Frank A. McDowell ("Plaintiff") filed a First Amended Complaint ("FAC") on May 26, 2026 [Dkt. #32] without first seeking leave of Court.  This filing was after the October 27, 2025 deadline for Plaintiff to file an amendment as a matter of course, but before the June 5, 2026, deadline for amended pleadings set in the Court's scheduling order [Dkt. #19]. Given the Court's stated inclination to permit this amendment in the interests of justice and in light of Plaintiff's pro se status, KFH does not object to the Plaintiff's filing of the FAC. KFH does not concede, and expressly denies, that Plaintiff's claims have merit.

As noted by the Court in its May 26, 2026 order, KFH acknowledges that if the Court authorizes Plaintiff's filing of his FAC, then KFH's Motion for Leave to Amended its Answer to the Complaint [Dkt. #22], Plaintiff's Opposition thereto [Dkt. #35], and KFH's Administrative Motion to Correct Docket and Reset Hearing on Motion for Leave to Amend Answer [Dkt. #30] should be denied as moot because KFH will be required to, and will, file a new response to the FAC.

If the Court authorizes Plaintiff's filing of the FAC, KFH accordingly respectfully requests that the Court set a deadline for KFH to respond to the FAC within 14 days after entry of the order authorizing that filling. *See* Fed. R. Civ. P. 15(a)(3).

DATED: June 8, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By:  *Galen P. Sallomi*
      Christian J. Rowley
      Sean T. Strauss
      Galen P. Sallomi

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

1

RESPONSE TO ORDER RE PLAINTIFF'S FILING OF A FIRST AMENDED COMPLAINT          CASE NO. 3:25-CV-08499-RFL