UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK A. MCDOWELL,

Plaintiff,

v.

KAISER FOUNDATION HOSPITALS,

Defendant.

Case No. 25-cv-08499-RFL   (ASK)

**ORDER RE: DISCOVERY DISPUTE**

Re: Dkt. No. 37

Pro Se Plaintiff Frank McDowell has filed a motion for a protective order (Dkts. 37 & 43) requesting that his deposition occur by Zoom. Having reviewed the parties' filings, the Court **DENIES** the request and **ORDERS** that Mr. McDowell's deposition shall proceed in person.

For the reasons that Defendant Kaiser provided, in-person depositions are preferred and standard. Mr. McDowell is capable of driving to San Francisco to sit for deposition. More importantly, Mr. McDowell chose to come to this Court, based in San Francisco, to file his lawsuit seeking relief. Filing a lawsuit comes with obligations, including the obligation to subject oneself to discovery. At some point in the future, Mr. McDowell's case may proceed to trial, at which point, Mr. McDowell will have to forgo several days of income (which will almost surely not be compensable) to have *his* case tried. At that trial, a panel of jurors will also have to miss work and to upend family obligations to travel, with minimal compensation, from all across this District, so that Mr. McDowell can have *his* day in Court. And, to the extent that Mr. McDowell chooses to depose witnesses from Kaiser, Kaiser will likely be paying those witnesses' salaries while they miss work to answer Mr. McDowell's questions. So, while the Court is sympathetic to the loss of income that Mr. McDowell will experience, these burdens are a standard part of the litigation process that he initiated, and they are akin to burdens that others will incur as well.

Nor is the added burden of an in-person deposition quite so high as Mr. McDowell suggests. Depositions can easily take eight hours (or more) when breaks are included. That will be true whether the deposition is in person or remote. The work time that Mr. McDowell will forgo with an in-person deposition will involve the travel time before and after the deposition—that is, in the early morning and in the evening. Accordingly, the Court **DENIES** Mr. McDowell's motion.

**IT IS SO ORDERED.**

Dated: July 9, 2026

_____
AJAY KRISHNAN
United States Magistrate Judge

United States District Court
Northern District of California

2