United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK A. MCDOWELL,
Plaintiff,
v.
KAISER FOUNDATION HOSPITALS,
Defendant.

Case No. 25-cv-08499-RFL (ASK)

**ORDER RE: DISCOVERY DISPUTE**

Re: Dkt. Nos. 74, 77, 78

The Court is in receipt of the parties' discovery dispute letters regarding the protective order. Dkts. 77, 78. Having considered the arguments, the Court is inclined to enter the Northern District's model Stipulated Protective Order for Standard Litigation. However, the Court agrees with Mr. McDowell that Defendant Kaiser's in-house counsel, directors, officers, and employees should be prohibited from receiving or viewing any of Mr. McDowell's medical information obtained via subpoena (unless otherwise permitted by the model protective order). For its part, Defendant Kaiser has offered no reason why its personnel should have access to this information at this point. Accordingly, the Court **ORDERS** the parties to meet and confer and thereafter propose a modification to the model protective order that treats Mr. McDowell's medical information obtained via subpoena as highly confidential information that should not be shared with Kaiser personnel.

Mr. McDowell's request that the Court impose time limits on the Court's prior discovery order regarding Mr. McDowell's medical and worker's compensation records is **DENIED**, as Defendant Kaiser is entitled to those records for the reasons given in the prior order. Dkt. 58.

Mr. McDowell's administrative motion to enforce the Court's Standing Order is **DENIED**

as moot.

**IT IS SO ORDERED.**

Dated: November 19, 2026

AJAY KRISHNAN
United States Magistrate Judge

United States District Court
Northern District of California